IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTOR GAVILLAN-MARTINEZ,

    Plaintiff,

v.                                      Case No. 4:17cv210-MW/CAS

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 24, and has also reviewed *de novo* Plaintiff's objections, ECF No. 32, which this Court shall consider timely filed, and the objection of Defendant, ECF No. 25. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over the objection of both parties, as this Court's opinion. The motion to dismiss, ECF No. 12, filed by Defendant Julie L. Jones, is **GRANTED in part and DENIED in part**. Defendant's motion to dismiss Plaintiff's request for monetary damages is **GRANTED**, but the motion to dismiss is otherwise **DENIED**. Defendant shall

1

file its answer to the amended complaint **on or before July 9, 2018.** This case is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on September 5, 2018.**

<u>**s/Mark E. Walker**         </u>
**Chief United States District Judge**