# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

VICTOR GAVILLAN MARTINEZ,

    **Plaintiff,**

v.                        Case No. 4:17cv210-MW/MJF

MARK S. INCH,

    **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 83, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 84. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's Motion to Renew the Temporary Restraining Order, ECF No. 76, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 28, 2019.**

                                          s/ **MARK E. WALKER**
                                          **Chief United States District Judge**