# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**VICTOR GAVILLAN MARTINEZ,**

    *Plaintiff*,

v.                              Case No.  4:17cv210-MW/MAF

**MARK S. INCH,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 100, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 114, and the Defendant's response to Plaintiff's objections, ECF No. 119.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant's motion for summary judgment, ECF No. 69, is **GRANTED**. Plaintiff's motion for summary judgment, ECF No. 72, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's amended complaint,

ECF No. 7, is **DISMISSED with prejudice**." The Clerk shall also close the file.

**SO ORDERED on January 20, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
